JS 45  (5/97) - (Revised U.S.D.C. MA 12/20/2010)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA         **Category No.** II         **Investigating Agency** FBI/HHS-OIG

**City** _____     **Related Case Information:**

**County** Norfolk          Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  24-mj-1329-DLC through 24-mj-1340-DLC

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number US v. Sharma, 25-cr-10191     ☑ Yes  ☐ No

Defendant Name  Kartik Bhatia                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: 39W514 Bealer Cir, Apt 1201, Geneva, IL 60134

Birth date (Yr only): 1989     SSN (last 4#): 7774     Sex: M     Race _____     Nationality: _____

**Defense Counsel if known:** Daniel C. Reilly     Address: 44 School St, Suite 1000

Bar Number: 699663                    Boston, MA 02108

**U.S. Attorney Information**

AUSA: Lauren A Graber; Sarah B Hoefle     Bar Number if applicable: 679226;

**Interpreter:**  ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint     ☑ Information     ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/6/2025          Signature of AUSA: SARAH HOEFLE

Digitally signed by SARAH HOEFLE
Date: 2025.08.06 10:29:22 -04'00'

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Kartik Bhatia _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | 1 |
| Set 2 | 18 U.S.C. § 1001 | False Statements | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013